DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARISSA PEREZ,**
Appellant,

v.

**RICHARD GARRETT,**
Appellee.

No. 4D22-2986

[March 23, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael Heisey, Judge; L.T. Case No. 56-2021-DR-000248.

Pamela D. Balaguera of The Balaguera Law Firm, West Palm Beach, for appellant.

Michael Rebuck of Michael Todd Rebuck, P.A., Palm City, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***